# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# BROWNSVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 1:08-cv-428 |
| | ) | |
| 6.09 ACRES OF LAND, more or less, situated in | ) | |
| CAMERON COUNTY, TEXAS; and | ) | |
| ROLLINS M. KOPPEL, TRUSTEE, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## UNITED STATES OF AMERICA'S OBJECTIONS TO KOPPEL'S DEPOSITION EXCERPTS

TO THE HONORABLE JUDGE OF SAID COURT.

Plaintiff, THE UNITED STATES OF AMERICA, files its Objections to the following deposition excerpts filed by Rollins M. Koppel, Trustee ("Koppel") as part of the Joint Final Pre-Trial Order (Docket No. 212):

1. The entirety of Koppel's Exhibit C which are the deposition excerpts of Loren Flossman. The United States reasserts and incorporates by reference its objections raised in United States' Combined Motions in Limine and Memorandum in Support to Exclude Evidence Related to the United States from Presentation at Trial (Docket No. 195) in Part III regarding the testimony of Loren Flossman.

2. The entirety of Koppel's Exhibit D which are the deposition excerpts of David Pagan. The United States reasserts and incorporates by reference its objections raised in United States' Combined Motions in Limine and Memorandum in Support to Exclude Evidence Related to the United States from Presentation at Trial (Docket No. 195) in Part III regarding the testimony of David Pagan.

3. The entirety of Koppel's Exhibit E which are the deposition excerpts of Armando Elizarde. The United States reasserts and incorporates by reference its objections raised in United States' Combined Motions in Limine and Memorandum in Support to Exclude Evidence from Presentation at Trial (Docket No. 196) in Part V regarding the evidence of the criminal record of Armando Elizarde.

4. The entirety of Koppel's Exhibit F which are the deposition excerpts of Sam Marasco. The testimony of Mr. Marasco is irrelevant as it will not assist the jury in determining the fair market value of the property at issue. The value of the land taken from Mr. Koppel and any damages to the remainder are the only issues to be decided in this trial. Mr. Marasco's testimony regarding Brownsville Crossings and its plans for construction do not tend to make Koppel's claim regarding market value more probable. Additionally, any of Mr. Marasco's testimony that involves settlement negotiations, discussions, consultations or agreements between the City of Brownsville and the United States regarding land owned by the City of Brownsville and subsequently condemned as part of the border fence project are not admissible pursuant to Rule 408 of the Federal Rules of Evidence.

    Respectfully submitted,

    JOSE ANGEL MORENO
    UNITED STATES ATTORNEY

By:   **s/** *E. Paxton Warner*
    E. Paxton Warner
    Assistant United States Attorney
    Southern District of Texas No. 555957
    Texas Bar No. 24003139
    600 E. Harrison, Suite 201
    Brownsville, TX 78520
    Telephone: (956) 548-2554
    Facsimile: (956) 548-2711
    E-mail: Paxton.Warner@usdoj.gov
    Attorney-in-Charge for Plaintiff

Justin A. Okun
Trial Attorney, U.S. Department of Justice
Southern District of Texas No. 994307
California Bar No. 230954
Environment & Natural Resources Division
Land Acquisition Section
Post Office Box 561
Washington, D.C. 20044-0561
Telephone: (202) 305-0467
Facsimile:  (202) 305-0398
E-mail: Justin.Okun@usdoj.gov

Daniel Hu
Assistant United States Attorney
Texas Bar No. 10131415
919 Milam, Suite 1500
P.O. Box 61129
Houston, Texas 77208
Telephone:  (713) 567-9518
Facsimile:  (713) 718-3303
Daniel.hu@usdoj.gov

Harold Brown
Special Attorney to the
Attorney General of the
United States of America
Harold.Brown@usdoj.gov
Oklahoma Bar No. 001192
601 N.W. Loop 410, Suite 600
San Antonio, Texas 78216
Tel. 210-384-7320
Fax. 210-384-7322

Wendy A. Lynn
Trial Attorney, U.S. Department of Justice
Kansas Bar No. 23594
Environment & Natural Resources Division
Land Acquisition Section
Wendy.Lynn@usdoj.gov
P.O. Box 561
Washington, D.C. 2004-0561
Tel. 202-305-0285
Fax. 202-305-0398

# Certificate of Service

I hereby certify that the United States of America's Memorandum of Law was served by means pursuant to the Federal Rules of Civil Procedure, on this the 3rd day of March, 2010, upon the following counsel:

H. Dixon Montague
Vinson & Elkins, L.L.P.
1001 Fannin Street
2500 First City Tower
Houston, TX 77002-6760
Attorney for Defendant Rollins Koppel, Trustee

Rollins M. Koppel
Attorney at Law
1305 N. Stuart Place Rd.
Harlingen, TX 78551

and the following parties:

| | | |
|---|---|---|
| Tony Yzaguirre, Jr.<br>Cameron County Tax Assessor-Collector<br>Cameron County Courthouse<br>964 East Harrison Street<br>Brownsville, TX 78522-0952 | Cameron County, Texas<br>Judge Carlos H. Cascos<br>1100 E. Madison St., 2nd Floor<br>Brownsville, Texas 78520 | Amigoland, Inc. (a dissolved corporation)<br>c/o J.B. Kee, Jr. (Former Director)<br>1610 Briarwyck Dr.<br>Brownsville, Texas 78522 |
| Brownsville Mall Company<br>c/o Herbert Simon<br>8765 Pine Ridge Dr.<br>Indianapolis, IN 46260 | Elizabeth Hofmokel<br>362 Billy Mitchell Blvd.<br>Brownsville, Texas 78521 | Juan Ochoa<br>P.O. Box 5091<br>McAllen, Texas 78502 |
| Nora de Leon Ramirez, Executrix<br>1905 W. Madison St.<br>Brownsville, Texas 78520 | | |

s/ *E. Paxton Warner*
E. Paxton Warner