IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil No. 1:08-cv-428 |
| | § | |
| 6.09 ACRES OF LAND, More or Less | § | |
| Situate in CAMERON COUNTY, | § | |
| STATE OF TEXAS; and | § | |
| ROLLINS M. KOPPEL, TRUSTEE, | § | |
| et al., | § | |
| Defendants. | § | |

## ORDER

Having reviewed the parties' proposed scheduling orders in this case, the Court institutes the following deadlines.

| | |
|---|---|
| Defendant Expert Witness List and Reports | April 23, 2010 |
| Plaintiff Rebuttal Witness List and Reports | May 21, 2010 |
| Discovery deadline | June 11, 2010 |
| *Daubert* Motions deadline | June 18, 2010 |
| All motions deadline | June 25, 2010 |
| Pre-Trial Order | July 16, 2010 |
| Pretrial Conference | August 3, 2010 |
| Jury Selection and Trial (August) | To Be Announced |

Signed this 16th day of March, 2010.

Andrew S. Hanen
United States District Judge